**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KENNETH CALLIER** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 3:25-CV-2330-K-BN** |
| | § | |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |

---

**DEFENDANT'S ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT**

---

COMES NOW Liberty Mutual Insurance Company ("Defendant" or "Liberty"), and files this its Answer to Plaintiff's Original Complaint [Doc 3] (the "Complaint") and would respectfully show the Court as follows:

## I.
## PARTIES

1. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

2. Defendant admits that it is an insurance company. Defendant admits that it is organized and existing under the laws of Massachusetts. Defendant admits that it can be served with process by delivering a summons at its registered agent Corporation Service Company and in fact has been served.

## II.
## JURISDICTION AND VENUE

3. Defendant admits that this Court has jurisdiction over this action.

4. Defendant admits that this Court has general personal jurisdiction over the Defendant.

5. The venue allegations contained in Paragraph 5 of the Complaint are legal conclusions and require no response from Defendant. Defendant admits, however, that venue in Northern District of Texas, Fort Worth Division, is proper.

## III.
## THE TELEPHONE CONSUMER PROTECTION ACT OF 1991, 47 U.S.C. § 227

6. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

7. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

8. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

9. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

10. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

11. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

12. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

13. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

14. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

15. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

16. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

17. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

18. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

## IV.
## FACTUAL ALLEGATIONS

19. Defendant admits that it is a nationwide insurance company that maintains offices throughout the State of Texas.

20. Defendant admits a lawsuit was filed against it in 2022 for alleged violations of the Telephone Consumer Protection Act ("TCPA"). Defendant admits that the lawsuit alleged that it placed prerecorded phone calls instruction recipients to call 888-475-4204 for an insurance quote.

21. Defendant denies the allegations contained in Paragraph 21 of the Complaint.

22. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

23. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

24. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

25. Defendant denies the allegations contained in Paragraph 25 of the Complaint.

26. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

27. Defendant admits to the allegations contained in Paragraph 27 of the Complaint.

28. Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29. Defendant is without sufficient knowledge with which to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint and therefore denies the same and demands strict proof thereof.

30. Defendant is without sufficient knowledge with which to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint and therefore denies the same and demands strict proof thereof.

## V.
## INJURY, HARM, DAMAGES, AND ACTUAL DAMAGES AS A RESULT OF THE TEXT MESSAGES

31. Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32. Defendant denies the allegations contained in Paragraph 32 of the Complaint.

33. Defendant denies the allegations contained in Paragraph 33 of the Complaint.

34. Defendant denies the allegations contained in Paragraph 34 of the Complaint.

## VI.
## COUNT ONE

35. To the extent that Paragraph 35 of the Complaint attempts to incorporate by reference the allegations contained in Paragraphs 1 through 34, Defendant reiterates and incorporates the preceding admissions and denials made in response to Paragraphs 1 through 34.

36. Defendant admits to the allegations contained in Paragraph 36 of the Complaint.

37. Defendant denies the allegations contained in Paragraph 37 of the Complaint.

38. Defendant objects to the allegations contained in Paragraph 38 to the extent that they call for a legal conclusion. To the extent an answer is required, Defendant admits to the allegations contained in Paragraph 38 of the Complaint.

39. Defendant is without sufficient knowledge with which to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint and therefore denies the same.

40. Defendant objects to the allegations contained in Paragraph 40 to the extent that they call for a legal conclusion. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 40 of the Complaint.

41. Defendant objects to the allegations contained in Paragraph 41 to the extent that they call for a legal conclusion. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 41 of the Complaint.

42. This Paragraph contains no allegations against Defendant, and therefore a response from Defendant is not required.

## VII.
## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to the relief requested in the prayer.

## VIII.
## DEFENSES

Pleading further, and in the alternative, if necessary, Defendant asserts the following defenses:

43. Plaintiff's claims are barred, in whole or in part, by Plaintiff's prior express written consent to receive marketing communications about insurance products and services via automated dialing system, pre-recorded calls, artificial voice, and text messages.

44. Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to allege facts sufficient to state a claim against Defendant upon which relief can be granted.

45. Plaintiff's claims are barred, in whole or in part, to the extent that any damages or losses were caused by persons or entities for whom Defendant is not responsible.

46. Plaintiff's claims are barred, in whole or in part, by the defenses of waiver and/or estoppel.

47. In the event of recovery of damages from Defendant, any award of pre- and/or post-judgment interest is limited by the applicable provisions of the TEXAS FINANCE CODE.

48. Defendant hereby reserves the right to add additional defenses as may become known to it during the course of discovery.

## IX.
## PRAYER

WHEREFORE, PREMISES CONDIERED, Defendant Liberty Mutual Insurance Company respectfully requests that Plaintiff takes nothing by this suit; that Defendant recovers all costs; and that Defendant be granted all such other and further relief to which it may be justly entitled.

[*Signature on the following page*]

Respectfully submitted,

*/s/ Mark D. Tillman*
Mark D. Tillman
State Bar No. 00794742
**CLYDE & CO US LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail: mark.tillman@clydeco.us
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

In accordance with Rules 21 and 21a of the TEXAS RULES OF CIVIL PROCEDURE, on September 24, 2025, a true and correct copy of the above and foregoing instrument was served via e-file upon:

**PRO-SE PLAINTIFF**

Kenneth Callier
11913 Gold Creek Dr. E.
Fort Worth, Texas 76244
Telephone: (817) 914-2695
kccallier762@gmail.com

*/s/ Mark D. Tillman*
**MARK D. TILLMAN**