IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KENNETH CALLIER, | § | |
| | § | |
| VS. | § | CV. ACTION NO. 4:25-CV-1040-Y |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY | § | |

**ORDER APPOINTING MEDIATOR**
(with instructions to the clerk)

On **November 18, 2025**, the above-styled and -numbered cause was referred to mediation and the parties were directed to agree upon an impartial mediator. On **February 13, 2026**, the parties notified the Court of their designation of mediator. Accordingly, the Court appoints

**Jay Zeleskey**
**Zeleskey Mediations**
**15150 Preston Rd., Suite 300**
**Dallas, TX 75248**
**telephone number 214-540-6699**

as **MEDIATOR** in this case. Counsel for each party shall contact the mediator within seven days of receiving a copy of this order to make arrangements for mediation as required by the Court's Order of Referral for Mediation.

Further, the clerk of Court is directed to forward to the mediator via email, mail or facsimile a copy of this order, the Order of Referral for Mediation, and a copy of the Court's docket sheet in this cause.

Further, it is **ORDERED** that the mediator, upon completion of the mediation proceedings and in accordance with the Order of Referral for Mediation, is directed to complete the Alternate Dispute Resolution Summary ("ADR Summary") attached as Exhibit A to this order and **electronically file**[1] the ADR Summary **no later than seven (7) days from the date of mediation.**

Further, if the parties' differences are resolved by mediation, an agreed motion to dismiss or stipulation of dismissal due to settlement signed by counsel for all parties shall be filed **no later than twenty-one (21) days from the date of mediation.**

SIGNED February 23, 2026.

Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

[1] If the mediator is unable to file electronically in the Northern District of Texas, he should return the ADR Summary to Plaintiff for filing.

UNITED STATES DISTRICT COURT
Northern District of Texas

**Alternate Dispute Resolution Summary**

1. Style of case: KENNETH CALLIER v. LIBERTY MUTUAL INSURANCE COMPANY

2. Civil action number: 4:25-CV-1040-Y 2a. Date of Mediation: ________________

3. Nature of suit: ________________________________________________

4. Method of ADR used: ____Mediation ____Mini-Trial ____Summary Jury Trial

5. Did the case settle? ____Before ADR ____In ADR ____Did Not Settle

6. What was your total fee?________________________________________

7. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

(Provider)____________________________ ____________________________________

____________________________________ ____________________________________

____________________________________ ____________________________________

____________________________________ ____________________________________

8. Please provide the names, addresses, and telephone numbers of counsel:

Name:__________________________ Name:______________________________

Address:________________________ Address:____________________________

________________________ ______________________________

Phone:__________________________ Phone: ______________________________

Name:__________________________ Name:______________________________

Address:________________________ Address:____________________________

________________________ ______________________________

Phone:__________________________ Phone: ______________________________

____________________________________
Signature of Provider

____________________________________
Date

____________________________________
Address

____________________________________
Phone

____________________________________

**PROVIDER MUST ELECTRONICALLY FILE COMPLETED FORM WITH THE U.S. DISTRICT CLERK SEVEN (7) DAYS FOLLOWING MEDIATION. IF UNABLE TO DO SO, RETURN FORM TO PLAINTIFF'S COUNSEL FOR FILING**

# EXHIBIT A

**[Revised 01-01-19]**