**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KENNETH CALLIER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **4:25-cv-01040-Y** |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kenneth Callier and Defendant Liberty Mutual Insurance Company (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice and respectfully show the Court as follows:

All matters in controversy between the Parties have been fully and finally settled. Accordingly, the Parties stipulate that all claims and causes of action that were asserted or could have been asserted in this action are dismissed with prejudice to the refiling of same.

The Parties further stipulate and agree that each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

Respectfully submitted,

/s/
Kenneth Callier
11913 Gold Creek Dr. E.
Fort Worth, Texas 76244
817-914-2695 Telephone
Kccallier762@gmail.com
**Pro Se Plaintiff**

Respectfully submitted,

*/s/ Mark D. Tillman*
Mark D. Tillman
State Bar No. 00794742
Shivani Sharma
State Bar No. 224136198
**CLYDE & CO US LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail: mark.tillman@clydeco.us
E-mail: shivani.sharma@clydeco.us
**Attorneys for Defendant**

**Certificate of Service**

In accordance the Federal Rules of Civil Procedure, I certify that on May 13, 2026, this document was upon Plaintiff Kenneth Callier (kccallier762@gmail.com) using the court's e-filing system.

*/s/ Mark D. Tillman*
Mark D. Tillman