**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KENNETH CALLIER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **4:25-cv-01040-Y** |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day the Court considered the Parties' Joint Stipulation of Dismissal with Prejudice. In response to the Joint Stipulation of Dismissal with Prejudice, the Court hereby enters the following order.

It is THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

It is FURTHER ORDERED that all relief not previously granted is hereby DENIED, and that the Clerk is directed to CLOSE this action.

DATE: ________________________, 2026.

________________________________________
UNITED STATES DISTRICT JUDGE