IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KENNETH CALLIER | § | |
| | § | |
| V. | § | CIVIL NO. 4:25-cv-1040-Y |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY | § | |
| | § | |

**FINAL JUDGMENT**

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the parties' Joint Stipulation of Dismissal (doc. 19) signed on May 13, 2026, this case is **DISMISSED with prejudice**. The parties shall bear their own respective costs and attorney's fees.

The clerk shall transmit a true copy of this judgment to the parties.

SIGNED May 22, 2026.

Terry R. Means

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE